COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Cody Crymes v. The State of Texas

Appellate case number:   01-15-00206-CR

Trial court case number:  17166

Trial court:                    253rd District Court of Chambers County

On June 19, 2015, the State filed the State's Motion to Abate Appeal and Supplement Clerk's Record. We **DENY** the request to abate the appeal.

We **ORDER** the district clerk to supplement the record **within 10 days** of the date of this order with the certification of defendant's right to appeal.

It is so ORDERED.

Judge's signature: ___/s/ Harvey Brown
                          X  Acting individually     ☐ Acting for the Court

Date: June 23, 2015